**Order entered August 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00779-CV

### IN RE UNIVERSAL HEALTH SERVICES, INC, UHS OF DELAWARE, INC., HICKORY TRAIL HOSPITAL, L.P., Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04290**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    BILL PEDERSEN, III
        JUSTICE